AO 241
(Rev. 01/15)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 OCT 21 PM 1:40

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern District of Ohio |
|---|---|
| Name (under which you were convicted): Samba Sarr | Docket or Case No.: 3:20 CV 429 |
| Place of Confinement: Southeastern Correctional Institution | Prisoner No.: A748-199 |
| Petitioner (include the name under which you were convicted) Samba Sarr | v. Respondent (authorized person having custody of petitioner) Brian Cook, Warden |
| The Attorney General of the State of: Ohio | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Montgomery County Common Pleas Court; 41 North Perry Street, Dayton, Ohio 45422

   (b) Criminal docket or case number (if you know): 18-CR-2347

2. (a) Date of the judgment of conviction (if you know): September 24, 2018

   (b) Date of sentencing: October 11, 2018

3. Length of sentence: 4 1/2 year prison term

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Two Counts of Kidnapping; One Count of Gross Sexual Imposition; And One Count of Assault

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty  ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty      ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Second Appellate District, Montgomery County, Ohio

(b) Docket or case number (if you know): 28187

(c) Result: Convictions affirmed, remanded for resentencing

(d) Date of result (if you know): August 23, 2019

(e) Citation to the case (if you know): State v. Sarr, Montgomery County, No. 28187 (Aug. 23, 2019)

(f) Grounds raised: Counsel for the Defendant was ineffective as trial counsel for his failure to make proper objection; The Trial Court erred when it found the Defendant guilty of Kidnapping (sexual activity), Gross Sexual Imposition (by Force), and assault as such findings are against the manifest and/or sufficient weight of the evidence and the evidence presented was insufficent to support the conviction; The Trial Court erred in denying to provide the Consent Defense and Instruction to the jury, especially given that the Defendant asserted his Fifth Amendment right not to testify. Such failure amounts to abuse of discretion and a failure to provide the Defendant with a fair and impartial trial; The Trial Court erred in entering judgment of conviction on both kidnapping and GSI counts in the indictment due to their failure to properly merge offenses of similar import and denying to provide the jury with instruction on lesser included offenses.....

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court: Surpeme Court of Ohio

(2) Docket or case number (if you know): 19-1688

(3) Result: Declined Jurisdiction

(4) Date of result (if you know): April 28, 2020

AO 241
(Rev. 01/15)

Page 4

    (5) Citation to the case (if you know): State v. Sarr, Ohio S.Ct. No. 2019-1688

    (6) Grounds raised: Counsel for the Defendant was ineffective as trial counsel Due to his failure to make proper objection; The trial Court erred when it found the Appellant guilty of kidnapping, gross sexual imposition by force and assault as such findings are against the manifest weight of the evidence. And the evidence presented was insufficent to support the conviction: The trial court erred in denying the consent defense and instruction to jury; The trial court (NEXT PAGE)

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court: _____

           (2) Docket or case number (if you know): _____

           (3) Date of filing (if you know): _____

           (4) Nature of the proceeding: _____

           (5) Grounds raised: _____

           (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

           ☐ Yes   ☐ No

           (7) Result: _____

           (8) Date of result (if you know): _____

CONTINUED FROM PAGE 4

erred by in denying to provide the Jury with instruction on lesser included offenses of abduction and unlawful restraint.

AO 241 (Rev. 01/15)

Page 5

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

            ❐ Yes    ❐ No

        (7) Result: _____

        (8) Date of result (if you know): _____

    (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☐ No
(2) Second petition: ☐ Yes ☐ No
(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** COUNSEL FOR THE DEFENDANT WAS INEFFECTIVE AS TRIAL COUNSEL FAILED TO MAKE PROPER OBJECTION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The prosecutor engaged in misconduct during closing arguments by commenting that the jury "needs to do [their] job and find the defendant guilty," of which trial counsel failed to object to and further did not request that the jury disregard such statement. This statement indicated to the jury that the reason they were their was to find Petitioner guilty without regard to what the evidence might determine.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____
_____
_____
_____

AO 241
(Rev. 01/15)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** The Trial Court erred when it found the Petitioner guilty of Kidnapping (Sexual Activity), Gross Sexual Imposition by force, and Assault as such findings are insufficent to support the conviction.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner's charges all consisted of elements of force of which can be negated by consent, especially regarding consensual sexual encounters as such was the case here. The State must have provided evidence to suffice each element of the offenses. Because the evidence presented at trial was insufficient to support a conviction against Petitioner, a guilty verdict was against the sufficiency of the evidence.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 241 (Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** Trial Court erred in denying to provide the Consent and Instruction to the jury and failure to provide the Petitioner with a fair and impartial trial, in violation of the Sixth Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The failure to include the consent instruction negates and greatly diminishes the effect of a defendants asserting his constitutional right not to testify and asserts his innocensem thus depriving him of an adequate defense to the State's accusations.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** <u>The Trial Court erred by denying to provide the jury with instructions on lesser included offenses of abduction and unlawful restraint.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

<u>Abduction and Unlawful Restraint is the lesser included offense of Kidnapping, thus the trial court failed to give the lesser include offense instruction to the jury.</u>

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition? ❏ Yes ❏ No

(4) Did you appeal from the denial of your motion or petition? ❏ Yes ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❏ Yes ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 01/15)

Page 13

13. Please answer these additional questions about the petition you are filing:

　(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☐ No

　　If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

　　_____

　　_____

　(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

　　_____

　　_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

　If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

　_____

　_____

　_____

　_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☐ No

　If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

　_____

　_____

　_____

AO 241 (Rev. 01/15)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: Matthew Arntz

(d) At sentencing: Matthew Arntz

(e) On appeal: Charles Slicer, III

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

AO 241
(Rev. 01/15)

Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

  (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __Issue a conditional writ of habeas corpus or any other relief the Court deems appropriate,__

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __10-13-2020__ (month, date, year).

Executed (signed) on __10-13-2020__ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____