# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMBA SARR,

        Petitioner,      :    Case No. 3:20-cv-429

- vs -                          District Judge Walter H. Rice
                                   Magistrate Judge Michael R. Merz

BRIAN COOK, Warden,
   Southeastern Correctional Institution,

                                   :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 9), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion for Relief from Judgment (ECF No. 8) is DENIED. The Court has already denied Petitioner a certificate of appealability and certified to the court of appeals that any appeal would be objectively frivolous.

April 12, 2021.                                      _____
                                                             Walter H. Rice
                                                          United States District Judge